UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THURMAN HANKINS, | Case No. 2:25-cv-01797-APG-BNW |
| Plaintiff | **ORDER** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

On September 23, 2025, pro se plaintiff Thurman Hankins, an inmate in the custody of the Nevada Department of Corrections, submitted a motion to extend the deadline for him to file an application to proceed *in forma pauperis* to October 7, 2025, arguing that he's waiting for inmate banking to provide his required financial documents. ECF No. 1-1. Plaintiff dated the motion and filed it again the next day. ECF No. 3. Neither motion addresses the other error with Plaintiff's filing: Plaintiff has not submitted a complaint, which is necessary to commence a civil action. The Court will grant Plaintiff an extension of time to correct both defects.

I.   DISCUSSION

   A.   Filing Fee

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or**

**jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

### B. Complaint Form

Under the local rules, a pro se plaintiff must file a civil-rights complaint on the form provided by this Court or it must be legible and contain substantially all the information called for by the Court's form. *See* Nev. Loc. R. Prac. LSR 2-1. Plaintiff must file a complaint on this Court's approved form to proceed with this action.

## II. CONCLUSION

It is therefore ordered that Plaintiff has **until December 1, 2025**, to file a signed complaint.

It is further ordered that Plaintiff has until **December 1, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* with all three of the following required documents: (i) a completed application with the inmate's two signatures on page 3, (ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when can file a signed complaint and address the matter of the filing fee.

It is further ordered that the motions for an extension (ECF Nos. 1-1, 3) are denied as moot.

The Clerk of the Court is kindly directed to send Plaintiff (1) the approved 42 U.S.C. § 1983 complaint form with instructions and (2) the approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: October 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE